# United States Court of Appeals for the Fifth Circuit

———————

No. 25-10428
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
August 13, 2025

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Chadwick Smith,

Defendant—Appellant.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:23-CR-9-1

———————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Chadwick Smith has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Smith has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10428

Smith's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.